NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMBASE CORPORATION
AND CARTERET BANCORP, INC.,**
*Plaintiffs-Cross Appellants,*

**AND**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2012-5047, -5048, -5049

---

Appeals from the United States Court of Federal Claims in case no. 93-CV-531, Senior Judge Loren A. Smith.

---

**ON MOTION**

---

**O R D E R**

The United States moves without opposition for a 14-day extension of time, until August 13, 2012, to file its brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 0 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles J. Cooper, Esq.
    John M. Dorsey, III, Esq.
    Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**. THE FEDERAL CIRCUIT**

**AUG 0 7 2012**

**JAN HORBALY**
**CLERK**